**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Lawanna Young, | ) | CASE NO. 09 B 00619 |
| | ) | HON. BARBOSA |
| DEBTOR. | ) | CHAPTER 13 |
| | ) | |

## REVISED ORDER MODIFING PLAN

This cause coming to be heard on the Motion of the Debtor for entry of an order deferring the default; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtor's Chapter 13 Plan is modified to provide that the current plan default of $340 is deferred to the end of the Chapter 13 plan.
2. Debtor's Chapter 13 Plan payments shall resume on September 9, 2009.
3. All other terms of Debtor's confirmed plan remain the same.

**SEP 1 7**

Enter:

_____
United States Bankruptcy Judge

Robert J. Semrad & Associates
Attorney for Debtor
20 S. Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625